**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   CAROL PALMER,                          No. C-11-02957 (DMR)

12            Plaintiff(s),                  **ORDER RE PLAINTIFF'S MOTION**
                                             **[DOCKET NO. 7]**
13        v.

14   UNITED STATES OF AMERICA, DEPT OF
     INTERIOR,
15
              Defendant(s).
16   _____/

17
            The court has repeatedly contacted Plaintiff and informed her that her motion of September
18
     1, 2011 is missing several exhibits and that she should file a corrected version.  Plaintiff has failed to
19
     comply.  Therefore, the court hereby ORDERS Plaintiff to file a full and corrected version of said
20
     motion no later than September 12, 2011.
21

22
            IT IS SO ORDERED.
23

24
     Dated:  September 9, 2011
25
                                             
26                                           DONNA M. RYU
                                             United States Magistrate Judge
27

28