UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| CAROL PALMER, | ) | No. CV 11-2957 DMR |
| Plaintiff, | ) ) | **STIPULATED REQUEST AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA, DEPARTMENT OF INTERIOR, NATIONAL PARK SERVICE, | ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff and Defendants' Stipulated Request to Continue Initial Case Management Conference is hereby **GRANTED**. The Initial Case Management Conference is continued until November 16, 2011, at 1:30 p.m. All case-management related dates are also continued and shall be recalculated based on the new Case Management Conference date. A joint case management statement shall be filed one week prior to the conference.

Date:   September 12, 2011

_____
HON. DONNA M. RYU
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
CV 11-2957 DMR                                            1